# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OD SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Janietha Gary, ) | C.A. No.: 2:15-cv-02806-RMG-MGB |
| ) | |
| Plaintiff, ) | **NOTICE OF** |
| ) | **VOLUNTARY** |
| v. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| AutoZone, Inc., d/b/a Autozone Auto Parts, ) | |
| And Autozoners, LLC. ) | |
| Defendant. ) | |
| ) | |

**NOW COMES** Plaintiff through her undersigned counsel and submits the foregoing Notice of Voluntary Dismissal, With Prejudice, pursuant to Rule 41 FRCP. Undersigned counsel certifies that no responsive pleading has been filed by the Defendants in this action and the foregoing NOTICE is timely and appropriate.

On this 14th day of January 2016.

Respectfully Submitted,

**s/Louis S. Moore, Esq.**
Louis S. Moore, Esq., Fed. ID#9989
The Moore Law Firm, LLC of Charleston
27 Gamecock Avenue, Suite 200
Charleston, South Carolina 29407
Office: 843.575-6070
Fax: 843.491-4438
lou@themoorelawfirmllc.com